1
2
3
4
5
6
7
8
9
       **UNITED STATES DISTRICT COURT**

10
      **CENTRAL DISTRICT OF CALIFORNIA**

11
          **WESTERN DIVISION**

| | |
|---|---|
| 12    IN RE HERO LOAN LITIGATION | Lead Case No. 5:16-cv-02478 AB (KKx) |
| 13 | |
| 14 | **[~~PROPOSED~~] JUDGMENT** |
| 15 | Courtroom: 7B<br>Judge:     Hon. André Birotte Jr. |
| 16 | |
| 17    This Document Relates To: | |
| 18    *Ramos v. San Bernardino Associated Governments, et al.,* Case No. 5:16-cv-02491-AB (KKx) | |
| 19 | |
| 20 | |

21
22
23
24
25
26
27
28

On July 17, 2017, the Court granted in full Defendant San Bernardino Associated Governments' ("SANBAG") Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice as to all claims against SANBAG. Accordingly, it is hereby ordered, adjudged, and decreed that Judgment shall be and hereby is entered in favor of SANBAG and against Plaintiff on all claims. Plaintiff shall have no right to relief against SANBAG by reason of anything stated in Plaintiff's Amended Complaint [Docket No. 48].

In the same July 17, 2017 Order [Docket No. 108], the Court partially granted Defendant Renovate America, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Specifically, as to Renovate America, Inc., the Court dismissed with prejudice all of Plaintiff's claims against Renovate America, Inc. brought under or in connection with the Truth in Lending Act, 15 U.S.C. § 1601 et seq., and the Home Ownership Equity Protection Act, 15 U.S.C. § 1639 et seq. (collectively, Counts III, IV, and V in the Amended Complaint).

Accordingly, it is further ordered, adjudged, and decreed that Judgment shall be and hereby is entered in favor of Renovate America, Inc. and against Plaintiff on Counts III, IV, and V in the Amended Complaint. Plaintiff shall have no right to relief against Renovate America, Inc. by reason of anything stated in Counts III, IV, and V in Plaintiff's Amended Complaint. The Court hereby determines that there is no just reason for delay in entering judgment on these claims as to Renovate America, Inc. because Plaintiff's remaining claims have been remanded to state court.

Dated: October 13, 2017

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

– 1 –