# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE HERO LOAN LITIGATION<br><br>This Document Relates To:<br><br>*George Loya, et al. v. Western Riverside Council of Governments, et al.*, Case No. 5:16-cv-02478 AB (KKx) | Lead Case No. 5:16-cv-02478 AB (KKx)<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Courtroom: 7B<br>Judge: Hon. André Birotte Jr. |

| | |
|---|---|
| 1 | On July 17, 2017, the Court granted in full Defendant Western Riverside Council of Governments' ("WRCOG") Motion to Dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice as to all claims against WRCOG. Accordingly, it is hereby ordered, adjudged, and decreed that Judgment shall be and hereby is entered in favor of WRCOG and against Plaintiffs on all claims. Plaintiffs shall have no right to relief against WRCOG by reason of anything stated in Plaintiffs' Amended Complaint [Docket No. 46]. |

In the same July 17, 2017 Order [Docket No. 108], the Court partially granted Defendant Renovate America, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Specifically, as to Renovate America, Inc., the Court dismissed with prejudice all of Plaintiffs' claims against Renovate America, Inc. brought under or in connection with the Truth in Lending Act, 15 U.S.C. § 1601 et seq., and the Home Ownership Equity Protection Act, 15 U.S.C. § 1639 et seq. (collectively, Counts IV, V, and VI in the Amended Complaint).

Accordingly, it is further ordered, adjudged, and decreed that Judgment shall be and hereby is entered in favor of Renovate America, Inc. and against Plaintiffs on Counts IV, V, and VI in the Amended Complaint. Plaintiffs shall have no right to relief against Renovate America, Inc. by reason of anything stated in Counts IV, V, and VI in Plaintiffs' Amended Complaint. The Court hereby determines that there is no just reason for delay in entering judgment on these claims as to Renovate America, Inc. because Plaintiffs' remaining claims have been remanded to state court.

Dated: October 13, 2017

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

– 1 –